46,194-10

Robert Caldwell #933046
Michael Unit
2664 F.M 2054
Twn. Colony. Texas
                75886

3-9-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

Re. Exparte Caldwell  WR-46,194-10-G

Dear Clerk:

I would like to bring to your attention that as of January 26.2015 I've sent a letter to this Court seek a copy of the docket sheet of the above of title & number of the chronicle events that has transpire within the jurisdiction of this Court of Criminal Appeals

As of recieving a copy the docket sheet I've notice that the record is not fully documented cause didn't this Court of Criminal Appeals as of the Oct 8.2014 there was on Latter sent by this Court claiming that there wasn't any 11.07 under #007-81669-97-G.

I'm wondering of why does that does not appear upon the docket sheet that was mailed to me.

I would also like to know also of why this Court has yet answer my 11.07 and only send a white card without a judge signature.

                        Siancerly

                        Robert J. Caldwell